UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RHONDA D. LAWSON,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE, Commissioner of<br>Social Security,<br><br>　　　　　　　　Defendant. | CASE NO. C10-5102JRC<br><br>ORDER GRANTING<br>PLAINTIFF'S APPLICATION TO<br>PROCEED *IN FORMA PAUPERIS* |

Plaintiff's application to proceed *in forma pauperis* is **GRANTED**. Plaintiff does not appear to have funds available to afford the $350.00 filing fee.

The clerk is directed to issue summonses, after submission by plaintiff, to enable plaintiff to properly serve copies of the complaint on the appropriate parties. Plaintiff shall note that it is her responsibility to properly serve copies of the complaint along with appropriate summons as required by Rule 4 of the Federal Rules of Civil Procedure.

Copies of the complaint along with the appropriate summonses must be served on the following three parties in social security administrative appeals: the Commissioner of Social Security, office of General Counsel for this region; the U.S. Attorney General for the W.D. of Washington; and the Attorney General of the United States. Rule 4(m) of the Federal Rules of

ORDER - 1

Civil Procedure states, "If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period."

The clerk is further directed to send a copy of this order to plaintiff.

DATED this 12th day of February, 2010.

J. Richard Creatura
United States Magistrate Judge