# United States District Court
WESTERN DISTRICT OF WASHINGTON

RHONDA D LAWSON,

        Plaintiff,

        v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: C10-5102JRC

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

√ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

the defendant's Motion to Dismiss is GRANTED and the Complaint is hereby DISMISSED with prejudice.

June 28, 2010  
Date

BRUCE RIFKIN  
District Court Executive

*s/Kelly A Miller*  
By Kelly A Miller, Deputy Clerk